IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason Allen Benner and | : | No. 5:18-bk-00494-RNO |
| Christiana Elizabeth Benner, | : | |
| | : | |
| Debtors | : | |
| | : | |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. §706(a), Debtors hereby elect to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code and as such, aver as follows:

1. Debtors filed for relief under Chapter 7 on February 6, 2018.

2. No prior conversion of this case has taken place.

3. Debtors believe that they will be better served under a Chapter 13 case.

4. The Debtors are eligible to be debtors under Chapter 13 of the Code and desire to convert this case to a case under that chapter.

WHEREFORE, the Debtors pray for Your Honorable Court to convert this case from a case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code..

                      By: **ARM LAWYERS**

                      By: /s/ Patrick J. Best
                          PATRICK J. BEST, Esquire
                          Attorney for Debtor
                          18 N. 8th Street
                          Stroudsburg, PA 18360
                          (570) 424-6899
                          PATRICK@ARMLAWYERS.COM