IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason Allen Benner and<br>Christiana Elizabeth Benner,<br><br>Debtors | :<br>:<br>:<br>:<br>: | No. 5:18-bk-00494-RNO |

**ORDER**

AND NOW, upon consideration of Debtors Motion to Convert Case from Chapter 7 to Chapter 13, it is hereby ORDERED that the above referenced case is converted from a Chapter 7 to a Chapter 13 under the Bankruptcy Code.