**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Jason Allen Benner and       :      No. 5:18-bk-00494-RNO
Christiana Elizabeth Benner,      :
     :
     Debtors      :
     :

**CERTIFICATE OF SERVICE**

I, Patrick J. Best, Esq., do hereby certify that service of the foregoing Motion to Convert was served upon:

William G Schwab (Trustee)
William G Schwab and Associates
811 Blakeslee Blvd Drive East
PO Box 56
Lehighton, PA 18235

Gregory B. Schiller
United States Department of Justice
Office of the United States Trustee
Middle District of Pennsylvania
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Via Electronic Case Filing/Public Access to Court Electronic Records on May 3, 2018.

By: /s/ Patrick J. Best
PATRICK J. BEST, Esquire
Attorney for Debtor
18 N. 8th Street
Stroudsburg, PA 18360
(570) 424-6899
PATRICK@ARMLAWYERS.COM